# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **PATRICIA KENNEDY, Individually,** | : |
| | : Case No.: 19-cv-63059-RNS |
| Plaintiffs, | : |
| v. | : |
| | : |
| **TOWN CENTER HOTEL ASSOCIATES, LLC,** | : |
| d/b/a Suburban Extended Stay, | : |
| Defendant. | : |
| _____ | : |
| | : |

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby notifies the Court that the parties have fully resolved all outstanding issues and are in the process of exchanging the fully executed settlement documents. The parties anticipate this process will be complete within 30 days and a stipulation for dismissal without prejudice will be filed within that time frame. Plaintiff requests that all pending motions be denied as moot, and that the Court grant the parties 30 days to file the stipulation of dismissal with prejudice. The parties further request that this Court retain jurisdiction to enforce the settlement agreement between the parties.

Respectfully submitted March 10, 2020,

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
644 N. McDonald Street
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com

/s/ Theresa B. Edwards
Theresa B. Edwards
American Justice, P.A.
412 NE 4th Street
Ft. Lauderdale, FL 33301
(954) 592-0546
Theresa@americanjusticepa.com