**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **PATRICIA KENNEDY, Individually,** : | |
| : | **Case No.: 19-cv-63059-RNS** |
| Plaintiffs, : | |
| v. : | |
| : | |
| **TOWN CENTER HOTEL ASSOCIATES, LLC,** : | |
| d/b/a Suburban Extended Stay, : | |
| Defendant. : | |
| _____ : | |
| : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through undersigned counsel, hereby notifies the Court that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(a)(ii) hereby notify the court that this action is dismissed with prejudice.

Respectfully submitted March 29, 2020

| Counsel for Defendant | Counsel for Plaintiff |
|---|---|
| /s/ Miguel Morel, Esq. | Thomas B. Bacon, Esq. |
| Michael Morel, Esq. | **Thomas B. Bacon, P.A.** |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | 644 N. McDonald Street |
| 110 SE 6th Street, Suite 2600 | Mt. Dora, FL 32757 |
| Fort Lauderdale, FL 33301 | ph. (954) 478-7811 |
| Miguel.Morel@lewisbrisbois.com | tbb@thomasbaconlaw.com |
| | |
| | /s/ Theresa B. Edwards |
| | Theresa B. Edwards |
| | American Justice, P.A. |
| | 412 NE 4th Street |
| | Ft. Lauderdale, FL 33301 |
| | (954) 592-0546 |
| | Theresa@americanjusticepa.com |